158

Ralph McKirchy, Appellee, v. Robert Van Sweringen et al., Defendants. Appeal of Elgin, Joliet and Eastern Railway Company, Appellant.

Gen. No. 44,001.

opinion
filed January 5, 1948; released for publication January 30, 1948. Knapp, Cushing, Hershberger & Stevenson, for appellant; Harlan L. Hackbert, of counsel; Henry Mitgang, for appellee; Arthur A. Wolfinsohn, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.**